# CLAIMS SUMMARY

**Debtor Name: Pat's Towing, Inc.**
**Case Number: 17-10255**

Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the Chapter 11 Case for the above listed Debtor was dismissed [Docket No. 426 filed on June 30, 2017]. As of such date, no Proofs of Claim had been filed against this specific Debtor.